STATE OF LOUISIANA          *          NO. 2023-KA-0686

VERSUS                     *          COURT OF APPEAL

KANETHRA BURNETT           *          FOURTH CIRCUIT

                           *          STATE OF LOUISIANA

                           *

                           *
                   * * * * * * *


*DNA*   ATKINS, J., CONCURS IN THE RESULT.